UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY CORPORATION, SONY STORAGE MEDIA MANUFACTURING CORPORATION, SONY STORAGE MEDIA SOLUTIONS CORPORATION, and SONY LATIN AMERICA INC.<br><br>Plaintiffs,<br><br>v.<br><br>FUJIFILM HOLDINGS CORPORATION, FUJIFILM CORPORATION, FUJIFILM HOLDINGS AMERICA CORPORATION, and FUJIFILM RECORDING MEDIA U.S.A., INC.,<br><br>Defendants. | Case No. 1:16-cv-05988 (PGG)<br><br>ECF Case<br><br>STIPULATION OF VOLUNARY DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned matter hereby stipulate that all claims by Plaintiffs against Defendants in this action should be, and hereby are, dismissed WITH PREJUDICE. Each party shall bear its own costs and attorney's fees.

Dated: July 25, 2019

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

Eric Huang
N.Y. Bar No. 2891877
Joseph Milowic III
N.Y. Bar No. 4622221
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
erichuang@quinnemanuel.com
josephmilowic@quinnemanuel.com

BAKER BOTTS L.L.P.

Robert C. Scheinfeld
Robert L. Maier
Jennifer C. Tempesta
30 Rockefeller Plaza
New York, New York 10112
Tele: (212) 208-2500
Fax: (212) 408-2501
robert.scheinfeld@bakerbotts.com
robert.maier@bakerbotts.com
jennifer.tempesta@bakerbotts.com

Michael J. Perry

Andrew J. Bramhall
Admitted Pro Hac Vice
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100
andrewbramhall@quinnemanuel.com

*Counsel for Sony Plaintiffs*

Joseph Ostoyich
1299 Pennsylvania Ave N.W.
Washington, DC 20004
Tele: (202)-639-7700
Fax: (202)-639-7890
michael.perry@bakerbotts.com
joseph.ostoyich@bakerbotts.com

*Counsel for Fujifilm Defendants*

SO ORDERED this ____ day of _____, 2019.

_____
Hon. Paul G. Gardephe
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July 2019, true and correct copies of STIPULATION OF VOLUNARY DISMISSAL WITH PREJUDICE were filed with the Clerk of the Court, Southern District of New York, and will be sent via email and electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Eric Huang